IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: RANDY L & MARIA V TANKSLEY ) | |
| ) | |
| ) | |
| AMERICAN HOME MORTGAGE SERVICING, INC., ) | |
| Creditor, ) | |
| ) | |
| vs. ) | CASE NO. 09B18107 |
| ) | JUDGE JOHN H. SQUIRES |
| RANDY L & MARIA V TANKSLEY, ) | |
| Debtor ) | |
| ) | |

**<u>RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE</u>**

Now comes American Home Mortgage Servicing, Inc., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the March 2010 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of April 12, 2010.

   a. Attorney's Fees                                  =   $250.00

   b. Payments      3/10 THRU 5/10  3 @ $2,967.30      = $8,901.90

   c. Late Charges  3/10 THRU 5/10  3 @  $148.37       =   $445.11

   d. Suspense                                         =    ($6.83)

   Total                                               = $9,590.18

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, American Home Mortgage Servicing, Inc. rights to collect these amounts will remain unaffected.

                                      Respectfully Submitted,
                                      American Home Mortgage Servicing, Inc.

                                      /s/Christopher M. Brown
                                      Christopher M. Brown
                                      ARDC#6271138

                                      Pierce and Associates, P.C.
                                      1 North Dearborn Street
                                      Suite 1300
                                      Chicago, Illinois 60602
                                      (312)346-9088